IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KA'JONA NESBITT,
    Petitioner,

v.                                                  Civil Action No. **3:21CV492**

UNITED STATES,
    Respondent.

## MEMORANDUM OPINION

Petitioner, a federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on August 13, 2021, the Court directed Petitioner to complete and return the standardized form for filing a § 2241 petition within eleven (11) days of the date of entry thereof. The Court also required Petitioner to complete and return an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee within fifteen (15) days of the date of entry thereof. More than fifteen (15) days have passed and Petitioner has not returned the required forms. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 22 September 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge